THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICKY COOK, Defendant-Appellant.

(Nos. 73-266, 73-249 cons.;

Second District—March 6, 1975.

Opinion by Mr. PRESIDING JUSTICE THOMAS J. MORAN.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz and Edward N. Morris, both of Illinois State's Attorneys Association, of counsel), for the People.